IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00776-ZLW-MEH

LARRY WILLIAM HARPER,

    Plaintiff,

v.

INTEGRAL INSTITUTE, INC.,

    Defendant.

## MINUTE ORDER GRANTING STAY AND SETTING RESPONSE DEADLINE

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 21, 2006.**

    Resolution of disagreements or misunderstandings concerning whether or not a settlement has been reached in this matter, together with issues of enforcement (if necessary), provide cause for a stay of the deadline for filing objections to the Recommendation pending on dispositive motions. Accordingly, Defendant's Motion to Stay Deadline for Filing Objections to Recommendation on Pending Dispositive Motions [Filed September 7, 2006; Docket #37] is **granted.** The September 7, 2006, deadline for filing written objections to the Recommendation on Pending Dispositive Motions is hereby **stayed** pending resolution of the Motion to Enforce Memorandum of Understanding and for Dismissal with Prejudice.

    Additionally, Plaintiff shall have until and including October 5, 2006, in which to file his response to the Motion to Enforce Memorandum of Understanding and for Dismissal with Prejudice. Upon receipt of the Plaintiff's response, the Court will determine if a hearing in this regard would materially assist in the determination of this motion. The parties are notified that such a hearing may be set on an expedited basis.