IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No.  06-cv-00776-ZLW-MEH                 Date:  November 13, 2006
Courtroom Deputy:  Cathy Coomes                       **FTR – Courtroom A601**

LARRY WILLIAM HARPER,                                 *Pro Se*

Plaintiff(s);

vs.

INTEGRAL INSTITUTE, INC.;                             Emily Fontelle Keimig
                                                      Patrick John Miller
Defendant(s).

## COURTROOM MINUTES

**MOTION HEARING**

**Court in session:      1:39 p.m.**

Court calls case.  Appearances of counsel.

Opening statements by the Court.

Argument and discussion regarding Defendant's Motion to Enforce Memorandum of Understanding and for Dismissal with Prejudice (Doc. #40, filed 9/15/06).

| | |
|---|---|
| 2:12 p.m. | Plaintiff's witness, Megan Happe-Cook, is sworn and examined by Mr. Harper. |
| 2:26 p.m. | Cross-examination by Ms. Keimig. |
| 2:39 p.m. | Redirect examination by Mr. Harper. |
| 2:56 p.m. | Witness is excused. |
| | Discussion regarding motion and evidence presented. |
| 3:08 p.m. | Defendant's witness, Huy Lam, is sworn and examined by Ms. Keimig. |
| 3:11 p.m. | The Court takes a brief recess to tend to another matter. |

| | |
|---|---|
| 3:14 p.m. | Court in session. |
| 3:15 p.m. | Witness Lam is reminded he is still under oath and resumes the stand.  Continued direct examination by Ms. Keimig. |
| 3:19 p.m. | Cross-examination by Mr. Harper. |
| 3:39 p.m. | Witness is excused. |
| 3:40 p.m. | Closing arguments. |

The Court takes the matter under advisement.

**Court in recess:**   **3:47 p.m.  (Hearing concluded)**
**Total time in court:**  2:08