IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-00776-ZLW-MEH

LARRY WILLIAM HARPER,

    Plaintiff,

v.

INTEGRAL INSTITUTE, INC.,

    Defendant.

_____

### ORDER OF DISMISSAL
_____

    Pursuant to and in accordance with the Stipulation Of Dismissal With Prejudice, signed by Plaintiff and Defendant's counsel, it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own fees and costs.  It is

    FURTHER ORDERED that the trial to jury set to commence on Monday, July 16, 2007, at 10:30 a.m. is vacated.  It is

    FURTHER ORDERED that any pending motions are moot.

    DATED at Denver, Colorado, this __27_ day of November, 2006.

                                     BY THE COURT:

                                     _____
                                   ZITA L. WEINSHIENK, Senior Judge
                                   United States District Court